# MOLOLAMKEN

Justin M. Ellis
MoloLamken LLP
430 Park Avenue
New York, NY 10022
T: 212.607.8160
F: 212.607.8161
jellis@mololamken.com
www.mololamken.com

June 17, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2024

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
GarnettNYSDChambers@nysd.uscourts.gov

VIA CM/ECF AND EMAIL

Re:   *Davis v. Odn I GmbH et al.*, No. 24 Civ. 1463

Dear Judge Garnett:

We represent Defendants Contrarian Capital Management, LLC and Joshua Weisser. In a June 6 minute entry, the Court directed Contrarian to file an amended disclosure statement under Fed. R. Civ. P. 7.1 listing the identity of its members. We write to respectfully request leave to file under seal the membership information in Contrarian's amended disclosure statement filed contemporaneously with this letter motion.

Courts recognize that "protecting the privacy interests of non-parties, including their business and financial records, represents a legitimate basis for sealing judicial documents." *SEC v. Telegram Grp., Inc.*, 2020 WL 3264264, at *3 (S.D.N.Y. June 17, 2020) (citing *United States v. Amodeo*, 71 F.3d 1044, 1050-51 (2d Cir. 1995)). Applying these standards, the Court previously issued an order in April 2024 granting Plaintiff's request to seal information about Contrarian's members in Plaintiff's amended complaint. Dkt. 37.

The logic of that order warrants sealing the same information in Contrarian's Rule 7.1 statement. None of Contrarian's members or sub-members are parties to this case; the redactions remain irrelevant to the public's understanding of this dispute. Moreover, Contrarian's members and sub-members still have a substantial interest in maintaining the privacy of their investments. We have met and conferred with the other parties, who consent to sealing. As such, the Court should permit Contrarian to redact membership information from its amended Section 7.1 statement.

Respectfully submitted,

 /s/ Justin M. Ellis
Justin M. Ellis

---

Application GRANTED. For the reasons stated at Dkt. No. 37, Defendant Contrarian Capital Management, LLC is permitted to file its Rule 7.1 Amended Disclosure Statement under seal. The Clerk of Court is respectfully directed to terminate Dkt. No. 48.

SO ORDERED. Dated June 18, 2024.

*/s/ Margaret M. Garnett*
HON MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE