**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EUGENE DAVIS,

                Plaintiff,

    -against-                                 24 **CIVIL** 1463 (MMG)

**JUDGMENT**

ODN I GMBH, et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 31, 2025, the Foresea-Ocyan Defendants' Motion to Dismiss (Dkt. No. 41) is GRANTED and the Investor Defendants' Motion to Dismiss (Dkt. No. 44) is also GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2025

                                                **TAMMI M HELLWIG**
                                                _____
                                                    **Clerk of Court**

                           **BY:**

                                                    _____
                                                    **Deputy Clerk**