UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE DAVIS,<br><br>    *Plaintiff*,<br><br>  v.<br><br>ODN I GMBH, ODEBRECHT DRILLING NORBE SIX GMBH, ODN TAY IV GMBH, ODEBRECHT DRILLING NORBE EIGHT GMBH, ODEBRECHT DRILLING NORBE NINE GMBH, ODEBRECHT OFFSHORE DRILLING FINANCE LIMITED, ODEBRECHT DRILLING NORBE VIII/IX LTD., OCYAN S.A. F/K/A ODEBRECHT OLEO E GAS S.A., DRILLCO HOLDING LUX S.A., FORESEA HOLDING S.A., CONTRARIAN CAPITAL MANAGEMENT, LLC, and JOSHUA WEISSER,<br><br>    *Defendants*. | 24-cv-01463 (MMG) |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Plaintiff, Eugene Davis ("Plaintiff"), in the above-named case appeals to the United States Court of Appeals for the Second Circuit from: (i) the Opinion and Order of the United States District Court of the Southern District of New York, entered in this action on March 31, 2025 (Dkt. No. 57), which granted Defendants' motions to dismiss (Dkt. Nos. 41 and 44); and (ii) the related Judgment entered March 31, 2025 (Dkt. No. 58), which, pursuant to the aforesaid Opinion and Order dated March 31, 2025, granted Defendants' motions to dismiss and closed the case.

5826911

| | |
|---|---|
| Dated: April 9, 2025<br>New York, New York | MOSES & SINGER LLP<br><br>By:  /s/ Zaid Shukri  <br>     Zaid Shukri<br>405 Lexington Avenue, 12th Floor<br>New York, New York 10174<br>Tel: (212) 554-7800<br>*Attorneys for Plaintiff* |

To: Counsel of record for all parties via ECF

2

5826911